Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Lisa R. Hsiao (Bar No. 289473)
  lhsiao@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant,
BROAN-NUTONE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No. 2:17-cv-08619 FMO (JPRx)<br><br>**ORDER RE: JOINT STIPULATION [25] FOR DISMISSAL WITH PREJUDICE** |

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB and defendant BROAN-NUTONE LLC (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

Dated: January 28, 2019              /s/ Fernando M. Olguin            .
                                            U.S. District Judge